*Mukasey, J.*

James E. Burt IV (<u>Pro</u> <u>Hac</u> <u>Vice</u>)

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
233 Broadway
New York, New York 10279
Telephone No.: (646) 428-1654
Facsimile No.: (646) 428-1981

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 16
DATE FILED: 1/31/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RYAN J. FONTAINE and
SIMPLETON HOLDINGS CORPORATION a/k/a
SIGNATURE INVESTMENTS HEDGE FUND,

    Defendants.

---

02 Civ. 9420 (MBM)

[Proposed] ORDER
APPROVING PLAN
OF DISTRIBUTION
AND DIRECTING
DISTRIBUTION

1/27/06

    **WHEREAS** Plaintiff Securities and Exchange Commission has moved for an order to distribute the funds in the Court Registry Investment System ("CRIS") account established with respect to this action; and

    **WHEREAS** after reviewing all papers filed in connection with this motion, the Court is of the opinion that Plaintiff's motion should be granted;

    **NOW THEREFORE IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that the Commission's Plan of Distribution ("Plan"), a copy of which is attached hereto as Exhibit 1, is approved.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to promptly cause checks to be drawn on the account for this case in the CRIS and mailed to the Eligible Claimant in accordance with paragraph 3 of the Plan.

**SO ORDERED:**

Dated: _July 27_, 2006
New York, New York

_____
UNITED STATES DISTRICT JUDGE